IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GIANT                              :       CIVIL ACTION
                                   :
         vs.                       :
                                   :       NO. 02-3248
GREATER NEW YORK MUTUAL
```

O R D E R

      **AND NOW, TO WIT:** This 15th day of July, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ,** Clerk of Court

**BY:** _____
      Sheila M. Jeffers
      Deputy Clerk

_____ copies via FAX to:      _____ copies mailed to:

Civ 2 (7/83)
41.1(b)